<table>
<tr><td></td><td style="text-align:center;"><b>United States District Court</b><br>Western District of Texas<br>El Paso Division</td><td style="text-align:right;">FILED<br>Mar 29 2023<br>Clerk, U.S. District Court<br>Western District of Texas<br><br>By: _____<br>Deputy</td></tr>
</table>

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| vs. § | Case Number: EP:23-M -00780(1)RFC |
| § § | |
| **(1) LORENA MORENO** § *Defendant* | |

## ORDER RESETTING DETENTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for DETENTION HEARING in Magistrate Courtroom, Room 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

**Friday, March 31, 2023 at 8:30 AM**

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating this Order, which may include sanctions such as delay of trial or other proceedings, the exclusion of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

IT IS SO ORDERED this **29th day of March, 2023.**

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE