FILED
April 12, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____MV_____
                    Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENA MORENO,<br><br>Defendant. | Case No: EP:23-CR-00671-DCG<br><br>**I N D I C T M E N T**<br><br>**CT 1:** 21:952(a)-Importation of a Controlled Substance;<br><br>**CT 2:** 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 952(a), 960(a)(1) & 960(b)(3))

That on or about March 20, 2023, in the Western District of Texas, Defendant,

**LORENA MORENO**,

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

<u>COUNT TWO</u>
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

That on or about March 20, 2023, in the Western District of Texas, Defendant,

**LORENA MORENO**,

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-

N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C)).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: 
    Assistant U.S. Attorney